| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>**NOMINATION FILING** | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U S C. app. §§ 101-111) |
|---|---|---|

| 1 Person Reporting (Last name, First name, Middle initial)<br><br>Fischer, Nora B | 2 Court or Organization<br><br>District Court, Western PA | 3. Date of Report<br><br>7/26/2006 |
|---|---|---|
| 4 Title (Article III Judges indicate active or senior status:<br>magistrate judges indicate full- or part-time)<br><br>Federal District Court Judge  Nominee | 5 ReportType (check appropriate type)<br><br>⦿ Nomination    Date 7/13/06<br><br>◯ Initial    ◯ Annual    ◯ Final | 6 Reporting Period<br><br>1/1/2005<br>to<br>6/30/2006 |
| 7 Chambers or Office Address<br><br>3800 One Oxford Centre<br><br>Pittsburgh, PA 15219 | 8 On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion in compliance<br>with applicable laws and regulations<br><br>Reviewing Officer_____    Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed  Complete all parts, checking the NONE box for each part where you have no reportable information  Sign on last page

## I. POSITIONS.    (Reporting individual only: see pp 9-13 of filing instructions)

☐ **NONE**   · (No reportable positions )

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Equity Partner | Pietragallo  Bosick, and Gordon |
| 2 | Immediate Past President | Academy of Trial Lawyers of Allegheny County |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**   - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1992 | Partnership agreement; Pietragallo, Bosick and Gordon (PB&G) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income )

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 2004 | Pietragallo, Bosick and Gordon | 521,740 |
| 2 | 2005 | Pietragallo, Bosick and Gordon | 686,158 |
| 3 | 2006 | Pietragallo, Bosick and Gordon | 116,700 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section Dollar amount not required except for honoraria )

☐ NONE - (No reportable non-investment income )

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | 2004 | Highmark Blue Cross Blue Shield, salary |
| 2 | 2005 | Highmark Blue Cross Blue Shield, salary |
| 3 | 2006 | Highmark Blue Cross Blue Shield, salary |
| 4 | 2004 | University of Pittsburgh Physicians, part time salary |
| 5 | 2005 | University of Pittsburgh Physicians, part time salary |
| 6 | 2006 | University of Pittsburgh Physicians, part time salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment

(Includes those to spouse and dependent children  See pp 25-27 of instructions )

☐ NONE - (No such reportable reimbursements )

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | | EXEMPT |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fischer, Nora B | 7/26/2006 |

## V. GIFTS. (Includes those to spouse and dependent children  See pp 28-31 of instructions )

☐ NONE  - (No such reportable gifts )

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| | EXEMPT | |

## VI. LIABILITIES. (Includes those of spouse and dependent children  See pp 32-34 of instructions )

☑ NONE  - (No reportable liabilities )

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| | | |

## V. GIFTS. (Includes those to spouse and dependent children  See pp 28-31 of instructions )

☐ NONE  - (No such reportable gifts )

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| | EXEMPT | |

## VII. INVESTMENTS and TRUSTS
– income  value  transactions (includes those of the spouse and dependent children  See pp  34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e g div, rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g buy, sell merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1  Mellon Bank savings and checking accounts | A | Interest | K | T | exempt | | | | |
| 2  PNC Bank checking account | A | Interest | J | T | | | | | |
| 3  American Funds qualified investment plan (PB&G) | E | Dividend | P1 | T | | | | | |
| 4  Mellon Bank IRA | A | Interest | J | T | | | | | |
| 5  Pietragallo, Bosick and Gordon capital investment | | None | L | T | | | | | |
| 6  TIAA-CREF qualified investment account (spouse) | E | Dividend | O | T | | | | | |
| 7  NHS IRA (spouse) | E | Dividend | N | T | | | | | |
| 8  UPMC Health System retirement plan (spouse) | A | Dividend | J | T | | | | | |
| 9  Highmark qualified investment plan (spouse) | D | Dividend | M | T | | | | | |
| 10  Highmark deferred compensation plan (spouse) | C | Dividend | L | T | | | | | |
| 11  NFS Joint Investment Account | E | Dividend | N | T | | | | | |
| 12  Mass Mutual Life Insurance Policy cash value (NBF) | A | Interest | K | T | | | | | |
| 13  Mass Mutual Life Insurance Policy cash value (spouse) | A | Interest | J | T | | | | | |

| 1 Income/Gain Codes: | A  = $1 000 or less | B  = $1,001-$2 500 | C  = $2 501-$5,000 | D  = $5,001-$15,000 | E  = $15,001-$50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  = $50,001-$100,000 | G  = $100,001-$1,000 000 | H1 = $1 000,001-$5,000,000 | H2 = More than $5 000,000 | |
| 2 Value Codes: | J  = $15,000 or less | K  = $15,001-$50 000 | L  = $50,001-$100,000 | M  = $100 001-$250,000 | |
| (See Columns C1 and D3) | N  = $250 000-$500,000 | O  = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000 001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R  = Cost (Real Estate Only) | S  = Assessment | T  = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fischer, Nora B | 7/26/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report )

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fischer, Nora B | 7/26/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _N. Gerry Fischer_                Date _August 9, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544